UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY P KIEHN, et al.,

    Plaintiff(s),

    v.

MARTIN STEIN, et al.,

    Defendant(s).

_____/

No. C 12-6554 PJH

**ORDER OF DISMISSAL**

By order entered on April 26, 2013, the court granted the motion of certain defendants to compel arbitration of certain claims and as a consequence, further ordered all claims dismissed, some with leave to amend and some without.  The deadline for the amended complaint was set for May 17, 2013.  Instead of filing the amended complaint, plaintiffs filed a premature notice of appeal on May 24, 2013.  Plaintiffs subsequently voluntarily dismissed the appeal and the mandate of the court of appeals was filed on January 3, 2014.  By notice filed on January 6, 2014, plaintiffs note that the deadline for filing an amended complaint has long passed, and request that the complaint be dismissed.

Accordingly, the complaint is dismissed with prejudice at plaintiffs' request.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge