UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY P KIEHN, et al.,

       Plaintiff(s),                           No. C 12-6554 PJH

   v.                                     **JUDGMENT**

MARTIN STEIN, et al.,

       Defendant(s).

_____/

     This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss, with leave to amend in part, and plaintiffs, instead of filing an amended complaint, having requested that the matter be dismissed,

     it is Ordered and Adjudged

     that the complaint is dismissed with prejudice.

     IT IS SO ORDERED.

Dated: January 7, 2014

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                     United States District Judge